E-FILED
Friday, 04 March, 2005 03:40:15 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

___Central___ District of ___Illinois___

Burnell Dixon II

v.

Americall Group, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 2049

TO: (Name and address of Defendant)

Americall Group, Inc.
103 N. Country Fair Dr.
Champaign, IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Burnell Dixon II, pro se
P.O. Box 2605, Station A
Champaign, IL 61825-2605

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

3-4-05
DATE

s/M. Talbott
(BY) DEPUTY CLERK