**E-FILED**
Monday, 18 April, 2005  02:40:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-CV-2049 |
| | ) | |
| AMERICALL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, AMERICALL GROUP, INC.

I certify that I am admitted to practice in this court.

Date:  April 18, 2005

<u>    s/ Glenn A. Stanko                              </u>
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

_s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com