UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON, II, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Law No. 05-CV-2049 |
| AMERICALL GROUP, INC., | ) ) ) |
| Defendant. | ) |

**DESIGNATION OF LEAD COUNSEL PURSUANT TO CDIL RULE 11.2**

The undersigned, counsel of record for Americall Group, Inc., defendant, furnishes the following in compliance with Rule 11.2 of this court:

Glenn A. Stanko is hereby designated as lead counsel.

Dated:  April 18, 2005.

                                                  s/ Glenn A. Stanko
                                                Glenn A. Stanko (Bar Number: 2703122)
                                                Attorney for Plaintiff
                                                Rawles, O'Byrne, Stanko & Kepley, P.C.
                                                501 West Church Street
                                                P.O. Box 800
                                                Champaign, IL   61824-0800
                                                Telephone:  217-352-7661
                                                Facsimile:  217-352-2169
                                                E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

        __s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com