UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-CV-2049 |
| | ) |
| AMERICALL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF INTEREST PURSUANT TO CDIL RULE 11.3**

The undersigned, counsel of record for AMERICALL GROUP, INC., defendant, furnishes the following in compliance with Rule 11.3 of this court:

1. The full name of every party or amicus the attorney represents in this case is: AMERICALL GROUP, INC., a Delaware corporation.

2. The party represented is a corporation. It is not a publicly held company. Teleperformance Group, Inc. is a parent corporation. It is not a publicly held company.

3. The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case:

Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL 61824-0800
217-352-7661

Dated: April 18, 2005.

                             s/ Glenn A. Stanko
                             Glenn A. Stanko (Bar Number: 2703122)
                             Attorney for Plaintiff
                             Rawles, O'Byrne, Stanko & Kepley, P.C.
                             501 West Church Street
                             P.O. Box 800
                             Champaign, IL   61824-0800
                             Telephone:  217-352-7661
                             Facsimile:  217-352-2169
                             E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

                ___s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL  61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com