EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2004-00813 |
|---|---|---|

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Burnell Dixon, II | (217) 367-2825 | 11-19-1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 507 Crystal Lake Drive, #4, | Urbana, IL 61802 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMERICALL | 101 - 200 | (217) 352-6800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 103 Country Fair Drive, Champaign, IL 61820 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 04-17-2003   Latest: 05-07-2003<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent on September 30, 2002 as a Telemarketing Representative. In November, 2002 I was promoted to Acting Manager for the day shift. In February, 2003, I was one of three Acting Managers, when Respondent assigned us to attend a training class for a permanent Manager position. After taking the management training class, passing the exam and serving the 30-day probationary period, on or about April 17, 2003, Respondent demoted me to a telemarketing representative. The other two non-Black, under 40 Acting Managers were not demoted.

I believe I have been discriminated against because of my race, Black and my sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended and because of my age, 47, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 11/10/03   [signature] Burnell Dixon II
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**