# ARDC
## ATTORNEY REGISTRATION & DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS

WEBSITE INFORMATION | SEARCH SITE | HOME

- Lawyer Search
- Lawyer Registration
- How to Submit a Request For Investigation
- Rules and Decisions
- Ethics Inquiry Program
- Publications
- New Filings, Hearing Schedules and Clerk's Office
- Client Protection Program
- Resources & Links
- Organizational Information & Annual Reports

*LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD*

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of April 14, 2005 at 9:00:00 AM:

| | |
|---|---|
| Full Licensed Name: | Burnell Dixon, II |
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | May 1, 1981 |
| Registered Business Address: | PO Box 2625 Station A Champaign, IL 61825-2625 |
| Registered Business Phone: | (217) 366-3660 |
| Illinois Registration Status: | Not authorized to practice law due to discipline |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | No malpractice report as attorney is disciplined. |

**Record of Public Discipline and Proceedings:**

Case(s) below are identified by caption and Commission case number. If there is more than one case, the cases are listed in an order from most recent to oldest. A case may have more than one disposition or more than one component to a disposition, in which situation each disposition and component is also listed separately within that case record, again in an order from most recent to oldest.

Click on R & D to access any documents regarding this lawyer that are in Rules and Decisions. R & D contains all disciplinary opinions of the Supreme Court and most other Court orders and board reports issued since 1990. If R & D does not contain the decision that you are seeking, contact the Commission's Clerk's office for assistance. Contact information for the Clerk's office is available at Office Hours.

**EXHIBIT B**

### In re Burnell Dixon, II, 02RT3004

| | |
|---|---|
| Disposition: | Denial of petition for reinstatement or restoration |
| Effective Date of Disposition: | January 14, 2005 |
| End Date of Disposition: | Not applicable |
| Definition of Disposition: | A reinstatement or restoration petition may be disallowed in one of three ways. A petitioner may withdraw the petition. The Court may deny or dismiss the petition. A reinstatement petition is the readmission procedure for a lawyer who is disbarred, disbarred on consent, or a suspended until further order of the Court. A restoration petition is the readmission procedure for a lawyer who has been transferred to disability inactive status. |

### In re Burnell Dixon, II, 95CH0012

| | |
|---|---|
| Disposition: | Suspension for a specified period of time and until further order of the Court |
| Effective Date of Disposition: | September 24, 1996 |
| End Date of Disposition: | No disposition end date scheduled at this time. Discipline continues until further order of the Court. |
| Definition of Disposition: | A suspension until further order of the Court reflects a determination that the lawyer has engaged in misconduct and that the misconduct warrants an interruption of the lawyer's authority to practice law during the suspension period, which is a fixed period of time identified in the Supreme Court's order and until the lawyer has demonstrated rehabilitation, good character, and current knowledge of the law in a subsequent reinstatement case. The lawyer is not authorized to practice law during the period of the suspension. |

### In re Burnell Dixon, II, 96CH0054

| | |
|---|---|
| Disposition: | Interim suspension until further order of Court during pendancy of disciplinary proceedings |

| | |
|---|---|
| Effective Date of Disposition: | March 26, 1996 |
| End Date of Disposition: | September 24, 1996 |
| Definition of Disposition: | An interim suspension reflects the determination of the Supreme Court that a lawyer should be suspended during the pendency of a disciplinary proceeding. In imposing interim suspension, the Court orders that the lawyer be suspended until further order of the Court and may impose such conditions as the Court deems necessary. The lawyer is not authorized to practice law during the period of the interim suspension. The Court may terminate the interim suspension upon imposition of final discipline or under other circumstances as the Supreme Court deems just. |

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information related to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information related to the existence or status of any investigation is not available. For additional information regarding data on this website, contact ARDC at (312) 565-2600 or, within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email lawyersearch@iardc.org. For substantive changes to registration information, including status, address, telephone or employer information, we require that the attorney submit a Change of Registration to insure the validity of the registration process. Consult our Change of Attorney's Registration page for details. Name changes require the filing of a motion with the Supreme Court. Consult our Attorney's Request for Name Change page for details.

[Return to Search]

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers**
**presented by the Illinois Attorney Registration & Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home