E-FILED
Monday, 18 April, 2005  03:54:27 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### URBANA DIVISION

April 18, 2005

**Burnell Dixon, II**
P O Box 2625
Station A
Champaign, IL 61825-2625

RE: Dixon v. Americall Group, Inc
CASE NO. 05-2049

Dear Mr. Dixon:

   NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally,</u> <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/mt
cc:  all counsel
notice revised 8/7/03