IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | 05-CV-2049 |
| | ) | |
| AMERICALL GROUP, INC | ) | |
| | ) | |
| Defendant | ) | |

FILED
APR 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR EXTENSION OF TIME

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and moves this Honorable Court for an Extension of Time until May 12, 2005 pursuant to the Federal Rules of Civil Procedure to file a Response to Defendant's Motion to Dismiss filed on April 18, 2005..

Plaintiff needs extra time as he is employed 25 to 35 hours a week on a job unrelated to this cause of action.

Respectfully submitted,

Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825

I, Burnell Dixon II, state under oath that I mailed a copy of my "Motion for Extension of Time" to Glenn Stanko Esq. c/o Rawles. O'Byrne, Stanko, and Kepley, P.C., c/o 501 W. Church, P.O. Box 800, Champaign, IL 61824-0800 with postage prepaid in Urbana, Illinois on April 27 2005 at 9 PM.

                                               Burnell Dixon II, pro se
                                               PO Box 2625, Station A
                                               Champaign, IL 61825
                                               217-367-2825