IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

BURNELL DIXON II )
   Plaintiff )
)
vs. ) 05-CV-2049
)
AMERICALL GROUP, INC )
)
   Defendant )

FILED
MAY 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO DENY MOTION TO DISMISS OR THE ALTERNATIVE TO STRIKE AND DISMISS

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and files this motion to deny Defendant AMERICALL GROUP, INC's MOTION TO DISMISS OR IN THE ALTENATIVE TO STRIKE AND DISMISS and the files the enclosed memorandum in opposition to said motion.

*[signature]*

Burnell Dixon II, PRO SE

P.O. Box 2625, Sta. A

Champaign, IL 61825-2625

217-367-2825

I, Burnell Dixon II, state under oath that I mailed a copy of my "Motion to Dismiss and Motion for Leave to Amend Complaint" to Glenn Stanko Esq. c/o Rawles. O'Byrne, Stanko, and Kepley, P.C., c/o 501 W. Church, P.O. Box 800, Champaign, IL 61824-0800 with postage prepaid at the Urbana Post Office on Broadway in Urbana, Illinois on May 12, 2005 at 2 pm.

*Burnell Dixon II*
Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825

217-367-2825