E-FILED
Thursday, 12 May, 2005  02:24:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | 05-CV-2049 |
| | ) | |
| AMERICALL GROUP, INC | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
MAY 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

LEAVE TO AMEND COMPLAINT

Now come the Plaintiff, Burnell Dixon II, and moves this Honorable court for leave to file an amended complaint by June 1. 2005.

Respectfully Submitted

Burnell Dixon II, PRO SE
P.O. Box 2625 Station A
217-367-2825

I, Burnell Dixon II, state under oath that I mailed a copy of my "Motion to Dismiss and Motion for Leave to Amend Complaint" to Glenn Stanko Esq. c/o Rawles. O'Byrne, Stanko, and Kepley, P.C., c/o 501 W. Church, P.O. Box 800, Champaign, IL 61824-0800 with postage prepaid at the Urbana Post Office on Broadway in Urbana, Illinois on May 12, 2005 at 2 pm.

*[signature]*
Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825

217-367-2825