E-FILED
 Tuesday, 17 May, 2005  09:09:37 AM
 Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-CV-2049 |
| | ) | |
| AMERICALL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., for its response to plaintiff's motion for leave to file an amended complaint, states that it has no objection to the motion. Defendant requests that it be given twenty-one (21) days to respond to the amended complaint after it is filed.

AMERICALL GROUP, INC., Defendant

By:  Rawles, O'Byrne, Stanko & Kepley, P.C.
        Its Attorneys


By:   s/ Glenn A. Stanko
        Glenn A. Stanko (Bar Number: 2703122)
        Attorney for Plaintiff
        Rawles, O'Byrne, Stanko & Kepley, P.C.
        501 West Church Street
        P.O. Box 800
        Champaign, IL   61824-0800
        Telephone:  217-352-7661
        Facsimile:  217-352-2169
        E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

                                          ___s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com