UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BURNELL DIXON II, )
)
Plaintiff, )
)
vs. ) No. 05-CV-2049
)
AMERICALL GROUP, INC., )
)
Defendant. )

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, Burnell Dixon, II, pro se, and defendant, Americall Group, Inc., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., met on May 17, 2005, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The parties shall make the disclosures required by Rule 26(a)(1) on or before July 29, 2005.

2. The deadline for amendment of pleadings is February 15, 2006.

3. The deadline for joining additional parties is February 15, 2006.

4. Plaintiff shall disclose experts and provide expert reports by February 15, 2006. Plaintiff shall make any such experts available for deposition by April 14, 2006.

5. Defendant shall disclose experts and provide expert reports by June 15, 2006. Defendant shall make any such experts available for deposition by August 15, 2006.

6. Discovery shall be modified as follows: No changes in the limitations on discovery imposed by federal or local rules are deemed necessary.

7. All discovery, including deposition of experts, is to be completed by September 29, 2006.

8. The deadline for filing case dispositive motions shall be November 15, 2006.

BURNELL DIXON, II, Plaintiff

BY: /s/ Burnell Dixon II
Burnell Dixon II, pro se
P.O. Box 2625, Station A
Champaign, IL 61825
Telephone: (217) 367-2825

AMERICALL GROUP, INC., Defendant

BY:___s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Defendant
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL  61824-0800
Telephone: (217) 352-7661
Facsimile: (217) 352-2169
E-mail: gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL 61825-2625
Telephone: (217) 367-2825

                                             s/ Glenn A. Stanko
                                        Glenn A. Stanko (Bar No. 2703122)
                                        Attorney for Plaintiff
                                        Rawles, O'Byrne, Stanko & Kepley, P.C.
                                        501 West Church Street
                                        P.O. Box 800
                                        Champaign, IL 61824-0800
                                        Telephone: (217) 352-7661
                                        Facsimile: (217) 352-2169
                                        E-mail: gastanko@rosklaw.com