E-FILED
Wednesday, 08 June, 2005 03:29:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | | |
|---|---|---|
| BURNELL DIXON II,<br>Plaintiff | ) ) ) ) | |
| v. | ) ) ) | 05 CV 2049 |
| AMERICALL GROUP, INC<br>(An Illinois corporation),<br>Defendant | ) ) ) ) | |

FILED
JUN 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR APPOINTMENT OF ATTTORNEY

NOW COMES THE PLAINTIFF, BURNELL DIXON II (hereinafter referred to as "PLAINTIFF") and respectfully requests this Honorable court to appoint Plaintiff an attorney to represent him in this matter for the following reasons:

1) Plaintiff has a meritorious case.

2) Plaintiff does not have the funds to hire an attorney, as Plaintiff's income is the same as Plaintiff's affidavit to proceed in this matter without the payment of filing fees filed by Plaintiff in February of 2005. (See Affidavit - Exhibit A)

3) Plaintiff has attempted to talk 3 attorneys in the past 6 months, Robert Kirchner of Champaign, who said he would to be too busy, Eric Dunham of Chicago, who after an initial consultation, never returned Plaintiffs phone calls, and the

1

firm of Nally, Bauer, Feinen and Bullock of Champaign, who also never returned Plaintiff's phone calls.

Wherefore, Plaintiff Burnell Dixon II pro se, respectfully requests this Honorable court appoint him an attorney.

Respectfully submitted,

*Burnell Dixon II*

Burnell Dixon II, pro se

P. O. Box 2625, Sta. A

Champaign, Il, 61825-2625

217-367-2825

2

## CERTIFICATE OF MAILING

I, Burnell Dixon II, do state under oath that I mailed a copy of my MOTION FOR APPONTMENT OF ATTORNEY to Glenn Stanko, c/o Rawles, O'Byrne, Stanko, and Kepley, P.C., 501 W. Church Street, P.O. Box 800, Champaign, IL 61824-0800. On June 8, 2005 at the Urbana Post Office on Broadway.

*Burnell Dixon II*
Burnell Dixon II
P.O. Box 2625, Sta. A
Champaign, IL 61825-2625
217-367-2825

Exhibit A

# AFFIDAVIT

I, Burnell Dixon II do state under oath with penalty of perjury that:

1) That I net approximately 565.00 every two weeks from my employment with Champaign Urbana Area Project.

2) That I do not own an automobile, real estate, stocks, bonds or any other significant assets including a retirement or pension fund.

3) That the information stated in my MOTION FOR APPONTMENT OF ATTORNEY is true to the best my knowledge and belief.

x _____
Burnell Dixon II

Signed and sworn to this
8th day of June, 2005

_____
Notary Public

"OFFICIAL SEAL"
Marcy L. Joncich
Notary Public, State of Illinois
My Commission Expires 7/10/05