UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | | |
|---|---|---|
| BURNELL DIXON II, ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | 05 CV 2049 | |
| ) | | |
| AMERICALL GROUP, INC ) | | |
| (An Illinois corporation), ) | | |
| Defendant ) | | |

**FILED**

JUN 1 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION TO ALLOW ELECTRONIC FILING

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se (hereinafter referred to as "PLAINTIFF") and requests this Honorable court for permission to file documents in this matter electronically as a pro se PLAINTIFF.

1. PLAINTIFF hereby submits his email address as:   dixonii1@ insightbb.com

Wherefore, PLAINTIFF respectfully requests that this motion, if allowed under the rules, be granted; as Defendant Americall, by and through their attorney, Glenn Stanko has no objection to this motion.

Respectfully Submitted,

Burnell Dixon II, Pro se

P.O Box 2625, Station A

Champaign, Illinois 61825-2625

217-367-2825

dixonii1@insightbb.com

1

## CERTIFICATE OF MAILING

I, Burnell Dixon II, do state under oath that I mailed a copy of my MOTION TO ALLOW ELECTRONIC FILING to : Glenn Stanko, c/o Rawles, O'Byrne, Stanko, and Kepley, P.C., 501 W. Church Street, P.O. Box 800, Champaign, IL 61824-0800 on June 1¼ 2005 at 2 p.m. at the Post Office at 202 S. Broadway in Urbana, Illinois.

*[signature]*
Burnell Dixon II, Pro Se
P.O. Box 2625, Sta. A
Champaign, IL 61825-2625
217-367-2825