UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-CV-2049 |
| ) | |
| AMERICALL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STRIKE

Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves to strike portions of Counts 1 and 2 of plaintiff's amended complaint as immaterial and impertinent.  In support of its motion, defendant states as follows:

1.  Count 1 of plaintiff's amended complaint alleges a claim under Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e *et seq.*).

2.  Count 2 of plaintiff's amended complaint alleges a claim under the Age Discrimination in Employment Act (29 U.S.C. §621 *et seq.*).

3.  Paragraph 1 of both counts of plaintiff's amended complaint alleges that plaintiff filed a timely charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") against defendant.

4.  A copy of the charge filed by plaintiff with EEOC is attached hereto as Exhibit A.

5.  The charge of discrimination filed by plaintiff with EEOC alleges race, sex, and age discrimination arising out of a demotion that allegedly took place on or about April 17, 2003.

6.  Paragraph 10 of both counts alleges that complainant was constructively discharged in May of 2003.

7.  Paragraph 12 of both counts alleges discrimination against plaintiff "by failing to adequately compensate Plaintiff for his accumulated sick pay, vacation pay, and personal days due

to Plaintiff upon Plaintiff's constructive discharge from employment with Defendant in May of 2003."

8. Among other remedies, the prayer for relief in both counts seeks reinstatement.

9. Plaintiff, who was formerly licensed to practice law in the State of Illinois over a period of almost 15 years (Exhibit B hereto), did not assert any discriminatory conduct involving constructive discharge, or involving disparities in sick pay, vacation pay, or personal days, in the charge of discrimination that he filed with EEOC.

10. Plaintiff has failed to exhaust his administrative remedies with respect to any alleged constructive discharge or disparities in sick pay, vacation pay, or personal days, by omitting any reference to such conduct in his charge of discrimination. Therefore, the allegations in paragraph 10 relating to constructive discharge, all of paragraph 12, and plaintiff's request for reinstatement, should be struck from Count 1 and Count 2 as immaterial and impertinent.

11. Defendant's memorandum of law in support of its motion to strike is being filed contemporaneous with this motion.

WHEREFORE, for the reasons stated above and in the supporting memorandum, defendant, AMERICALL GROUP, INC., prays that the allegation of constructive discharge in paragraph 10, all of paragraph 12, and the request for reinstatement contained in the prayer for relief, be struck from Count 1 and Count 2.

    AMERICALL GROUP, INC., Defendant

    By: Rawles, O'Byrne, Stanko & Kepley, P.C.
        Its Attorneys

    By:__s/ Glenn A. Stanko_____
        Glenn A. Stanko (Bar Number: 2703122)
        Attorney for Plaintiff
        Rawles, O'Byrne, Stanko & Kepley, P.C.
        501 West Church Street
        P.O. Box 800
        Champaign, IL   61824-0800
        Telephone:  217-352-7661
        Facsimile:  217-352-2169
        E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

[None]

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

          s/ Glenn A. Stanko
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com