E-FILED
Wednesday, 22 June, 2005  03:43:09 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **BURNELL DIXON, II** )  | |
|       **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 05-2049** |
| **AMERICALL GROUP, INC.,** ) | |
| ) | |
|       **Defendant.** ) | |

### DISCOVERY ORDER

A discovery conference was held **June 10, 2005**, pursuant to FRCP 16 and local rule 16.2(A). Plaintiff appeared pro se. Defendant appeared by Glenn A. Stanko. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The parties shall make the initial disclosures required by FED. R. CIV. P. 26(a)(1) on or before **July 29, 2005.**

2. The deadline for amendment of pleadings is **October 31, 2005.**

3. The deadline for joining additional parties is **October 31, 2005.**

4. Plaintiff shall disclose experts and provide expert reports by **January 13, 2006.** Plaintiff shall make any such experts available for deposition by **March 15, 2006.**

5. Defendant shall disclose experts and provide expert reports by **May 12, 2006.** Defendant shall make any such experts available for deposition by **June 12, 2006.**

6. All discovery, including deposition of experts, is to be completed by **June 12, 2006.**

7. The deadline for filing case dispositive motions shall be **July 17, 2006.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **November 21, 2006, at 3:30 p.m.**

9. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **December 4, 2006, at 9:00 a.m. (Case No. 4).**

ENTER this 22nd day of June, 2005.

                                                          s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE