IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II<br>Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| AMERICALL GROUP, INC | )<br>) |
| Defendant | ) |

FILED
JUN 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

05 CU 2049

## MOTION FOR EXTENSION OF TIME

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and moves this Honorable Court for an Extension of Time until July 14, 2005 pursuant to the Federal Rules of Civil Procedure to file a Response to Defendant's Motion to Strike filed on June 22, 2005.

Plaintiff needs extra time as he is employed 30 to 45 hours a week on a job unrelated to this cause of action.

Respectfully submitted,

*[signature]*
Burnell Dixon II
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825

## CERTIFICATE OF MAILING

I, Burnell Dixon II, state under oath that I mailed a copy of my "Motion for Extension of Time" to Glenn Stanko Esq. c/o Rawles. O'Byrne, Stanko, and Kepley, P.C., c/o 501 W. Church, P.O. Box 800, Champaign, IL 61824-0800 with proper postage prepaid at the Urbana Post Office at 201 S. Broadway at 830 am on June 30, 2005.

Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825