# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | 05-CV-2049 |
| | ) | |
| AMERICALL GROUP, INC | ) | |
| | ) | |
| Defendant | ) | |

### MOTION FOR EXTENSION OF TIME

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and moves this Honorable Court for a Second Extension of Time until July 20, 2005 pursuant to the Federal Rules of Civil Procedure to file a Response to DEFENDANT'S Motion to Strike for the following reasons:

PLAINTIFF needs extra time as has been employed 40 to 45 hours a week and has recently had to take days off from PLAINTIFF'S employment to work on PLAINTIFF'S memorandum of law in response to DEFENDANT'S Motion to Strike.

Wherefore, PLAINTIFF respectfully requests a final extension of time to July 20, 2005 to complete PLAINTIFF'S memorandum of law.

Respectfully submitted,

_____
Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825
dixonii1@insightbb.com

CERTIFICATE OF MAILING

      I, Burnell Dixon II, state under oath that I mailed a copy of my " Motion for Second Extension of Time" to Glenn Stanko Esq. c/o Rawles. O'Byrne, Stanko, and Kepley, P.C., c/o 501 W. Church, P.O. Box 800, Champaign, IL 61824-0800 with postage prepaid in Urbana, Illinois on July 13  2005 at    M.

                                                                                                   _____
                                                                                                     Burnell Dixon II, pro se
                                                                                                     PO Box 2625, Station A
                                                                                                     Champaign, IL 61825
                                                                                                     217-367-2825