E-FILED
Friday, 29 July, 2005  08:53:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-CV-2049 |
| AMERICALL GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF COMPLIANCE WITH RULE 26(a)(1)

I hereby certify that on the 28th day of July, 2005, I complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure by serving a copy of Defendant's Rule 26(a)(1) Disclosures, by depositing same in the U.S. Mail at Champaign, Illinois, at approximately 5:00 p.m., postage prepaid, and addressed to:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625

Dated this 29th day of July, 2005.

By: __s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar Number: 2703122)
Attorney for Defendant
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone:  217-352-7661
Facsimile:  217-352-2169
E-mail:  gastanko@rosklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Burnell Dixon II  
P.O. Box 2625, Station A  
Champaign, IL  61825-2625  
Telephone:  (217) 367-2825  
E-mail:  dixonii1@insightbb.com

    s/ Glenn A. Stanko  
Glenn A. Stanko (Bar No. 2703122)  
Attorney for Plaintiff  
Rawles, O'Byrne, Stanko & Kepley, P.C.  
501 West Church Street  
P.O. Box 800  
Champaign, IL   61824-0800  
Telephone: (217) 352-7661  
Facsimile:  (217) 352-2169  
E-mail: gastanko@rosklaw.com