E-FILED
Monday, 01 August, 2005  09:20:00 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II | ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | 05-CV-2049 |
| AMERICALL GROUP, INC | ) ) | |
| Defendant | ) | |

**FILED**

AUG 0 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Declaration that Party was Unable to File in a Timely Manner Due to Technical Difficulties

   Please take notice that Plaintiff Burnell Dixon II was unable to file the attached Certificate of Compliance with Rule 26(a)(1) in a timely manner due to technical difficulties. The deadline for the filing date was July 29, 2005. The reason I was unable to file the Certificate of Compliance 26(a)(1) in a timely manner and the good faith efforts I made prior to the filing deadline to inform the court and the other parties I could not do so are set forth below.

1) On July 29, 2005 at approximately 4:15 pm, I called Shannon., a clerk of the US District Court in Urbana to seek technical assistance in filing the Certificate of Compliance with Rule 26(a)(1).

2) Shannon walked me through the process but I still was unable to file the document because of the failure of the drop box to appear on the web site to allow me to file the document.

3) Shannon had me delete the temporary internet files on my computer in an effort to help me try to file the document.

1

4) At 4.37 pm, I told Shannon I would wait for the temporary internet files to be deleted and to try to file the document again.

At 4.53 pm, I called Shannon again to let her know I still could not file the Certificate of Compliance with Rule 26(a)(1).

/s/ Burnell Dixon II

Burnell Dixon II, pro se

P.O. Box 2625, Sta. A

Champaign, Il 61825-2625

217-367-2825

dixonii1@insightbb.com