IN THE UNITED STATES DISTRICT
FOR THE CENTRAL DISTICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| **BURNELL DIXON** <br> Plaintiff | ) <br> ) <br> ) | 05 CV 2049 |
| vs. | ) <br> ) <br> ) | |
| **AMERICALL GROUP, INC.** <br> Defendant | ) <br> ) | |

### CERTIFICATE OF COMPLIANCE WITH RULE 26(a)(1)

I hereby certify that on the 29th of July, 2005, I complied with Rule 26(a) (1) of the Federal Rules of Civil Procedure by serving a copy of Plaintiff's Rule 26(a)(1) Disclosures by hand delivering the same at approximately 1pm to: Glenn Stanko, c/o Rawles, O,Byrne, Stanko, & Kepley, P.C., 501 W. Church . P.O. Box 800, Champaign, IL. 61824.

Respectfully submitted,

s/ Burnell Dixon II
Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825
dixonii1@insightbb.com

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, I hand filed with the Clerk of the Court the foregoing with the Clerk of the Court and mailed a copy to Glenn Stanko, c/o Rawles O'Byrne, Stanko, and Kepley, P.C., 501 W, Church, P.O. Box 800, Champaign, Illinois 61824-0800.

/s/ Burnell Dixon II
Burnell Dixon II, pro se
P.O. Box 2625, Sta. A
217-367-2825
dixonii1@insightbb.com