UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | |
|---|---|
| BURNELL DIXON II, ) | |
|  Plaintiff ) | |
| ) | |
|     v. ) | 05 CV  2049 |
| ) | |
| AMERICALL GROUP, INC ) | |
|  (An Illinois corporation), ) | |
|  Defendant ) | |

**LEAVE TO FILE SECOND AMENDED COMPLAINT  INSTANTER**

Now comes the Plaintiff, Burnell Dixon II , and moves this  Honorable Court for leave  to file this second amended complaint instanter.

Respectfully Submitted

/s/  Burnell Dixon II

Burnell Dixon II, PRO SE

P. O.  Box  2625 , Sta A

Champaign,  Illinois, 61825-2625

367-2825 (phone)

dixonii1@insightbb.com

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II,<br> Plaintiff | ) ) ) ) | |
| v. | ) ) ) | 05 CV 2049 |
| AMERICALL GROUP, INC<br>(An Illinois corporation),<br> Defendant | ) ) ) ) | DEMAND FOR JURY TRIAL,<br>EQUITABLE RELIEF |

SECOND AMENDED COMPLAINT

NOW COMES THE PLAINTIFF, BURNELL DIXON II (hereinafter referred to as "PLAINTIFF") and brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sec.2000e -2000e-17 and the Age Discrimination Act of 1967, as amended , 29 U.S.C. sec. 621 -634.

Count 1

1. Within 300 days of the unlawful employment practices hereinafter set forth, PLAINTIFF filed a charge of race and sex discrimination with the United States Equal Employment Opportunity Commission (hereinafter referred to as "EEOC") against DEFENDANT AMERICALL GROUP, INC.(hereinafter referred to as "DEFENDANT") satisfying the requirements of 42 USC sec 2000e-5, and on November

2

30, 2004, less than 90 days prior to the filing of this Complaint, the EEOC issued to PLAINTIFF a Notice of a Right to Sue with respect to PLAINTIFF'S charges as set forth below. (See Exhibit A).

2. PLAINTIFF is a 49 year old Black Male who all relevant times and is still currently a citizen of the United States, and a resident of Urbana, Illinois. PLAINTIFF had been employed by DEFENDANT at their Champaign offices from September of 2002 to May of 2003, which at the time in question was located at 115 N. Neil in Champaign, Illinois.

3. DEFENDANT AMERICALL GROUP, INC. is an Illinois corporation licensed to do business in the State of Illinois with offices located at 103 Country Fair Drive, Champaign Illinois, having moved from 115 N. Neil, Champaign in approximately May of 2003. DEFENDANT is an "employee" under the meaning of TITLE VII of the Civil Rights Act, as amended, and DEFENDANT has had more than 50 employees at all relevant times.

4. In September of 2002, PLAINTIFF was hired by Defendant as a Telemarketing Representative.

5. In November of 2002, PLAINTIFF was promoted to Acting Manager for the day shift.

6. In February of 2003, PLAINTIFF was assigned to attend a training class for a permanent Manager position.

7. PLAINTIFF successfully completed said training class with a perfect test score and completed a 30 day probation period after the training class without incident.

8. On or about April 17, 2004, PLAINTIFF was demoted back to a telemarketing representative, forcing PLAINTIFF to work alongside employees previously under his supervision causing Plaintiff great humiliation and angst, while at least two non black Acting Day Shift Managers, one White male and one Hispanic female who participated in the training class were not demoted.

9. DEFENDANT would not explain or talk to PLAINTIFF about his demotion or the reasons for such.

10. PLAINTIFF resigned in May of 2003 and filed a charge with the EEOC.

11. DEFENDANT intentionally discriminated against PLAINTIFF because of PLAINTIFF'S race and sex by treating PLAINTIFF disparately from the other Acting Managers because of PLAINTIFF'S race and sex by demoting PLAINTIFF from his supervisory position, by causing PLAINTIFF to work alongside his subordinates and keeping a less qualified White male and a less

4

qualified Hispanic female as Acting Managers and by failing to take affirmative action to correct their unlawful employment practices .

.  WHEREFORE, PLAINTIFF PRAYS:

A) For back pay, reinstatement, monetary damages, attorney fees and other equitable relief in which this court may deem necessary or appropriate.

B) For a trial by jury jury.

Count 2

1. Within 300 days of the unlawful employment practices hereinafter set forth, PLAINTIFF filed a charge of age discrimination with the United States Equal Employment Opportunity Commission (hereinafter referred to as "EEOC") against DEFENDANT AMERICALL GROUP, INC.(hereinafter referred to as "DEFENDANT") satisfying the requirements of, 29 U.S.C. sec.621-634, and on November 30, 2004, less than 90 days prior to the filing of this Complaint, the EEOC issued to PLAINTIFF a Notice of a Right to Sue with respect to PLAINTIFF'S charges as set forth below. (See Exhibit A).

2. PLAINTIFF is a 49 year old Black Male who all relevant times and is still currently a citizen of the United States, and a resident of Urbana, Illinois. PLAINTIFF had been employed by DEFENDANT at their Champaign offices from

September, 2002 to May of 2003, which at the time in question was located at 115 N. Neil in Champaign, Illinois

3. DEFENDANT AMERICALL GROUP, INC. is an Illinois corporation licensed to do business in the State of Illinois with offices located at 103 Country Fair Drive, Champaign, Illinois, having moved from 115 N. Neil, Champaign in approximately May of 2003. DEFENDANT is an "employee" under the meaning of TITLE VII of the Civil Rights Act, as amended, and DEFENDANT has had more than 50 employees at all relevant times.

4. In September of 2002, PLAINTIFF was hired by Defendant as a Telemarketing Representative.

5. In November of 2002, PLAINTIFF was promoted to Acting Manager for the day shift.

6. In February of 2003, PLAINTIFF was assigned to attend a training class for a permanent Manager position.

7. PLAINTIFF successfully completed said training class with a perfect test score and completed a 30 day probation period after the training class without incident.

8. On or about April 17.2004, PLAINTIFF was demoted back to a telemarketing representative, forcing PLAINTIFF to work alongside employees previously under his supervision, causing PLAINTIFF great humiliation and angst while at least two non black Acting Day Shift Managers under 40 years of age who participated in the training class were not demoted.

9. DEFENDANT would not explain or talk to PLAINTIFF about his demotion or the reasons for such.

10. PLAINTIFF resigned in May of 2003 and filed a charge with the EEOC.

11. DEFENDANT intentionally discriminated against PLAINTIFF because of PLAINTIFF'S age by treating PLAINTIFF disparately from the other Acting Managers under the age of 40 by demoting PLAINTIFF form his supervisory position, causing PLAINTIFF to work alongside his subordinates and keeping younger less qualified employees as acting managers and failing to take affirmative action to correct their unlawful employment practices.

WHEREFORE, PLAINTIFF PRAYS:
    a. For back pay, reinstatement, monetary damages, attorney fees and other equitable relief in which this court may deem necessary or appropriate.
    b. For a trial by jury.

Respectfully Submitted,

/s/ Burnell Dixon II

Burnell Dixon II, PRO SE

P.O Box 2625, Station A

Champaign, Illinois 61825-2625

217-367-2825 (phone)

dixonii1@insightbb.com

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/CMF system which will send notification of such filing of the following : Glenn Stanko, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: (none).

    /s/ Burnell Dixon II

    Burnell Dixon II , PRO SE

    P.O. Box 2625, Sta. A

    Champaign, IL 61825-2625

    217-367-2825 (phone)

    dixonii1@insightbb.com