E-FILED
Monday, 29 August, 2005  09:30:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICALL GROUP, INC., )<br>)<br>Defendant. ) | No. 05-CV-2049 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT INSTANTER**

  Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., hereby responds to plaintiff's motion for leave to file a second amended complaint instanter.

  By an order entered on August 5, 2005, the court granted defendant's motion to strike portions of plaintiff's first amended complaint. Defendant intended to file an answer responding to the remaining allegations of the first amended complaint within fourteen (14) days after the order was entered. However, on August 15, 2005, plaintiff filed his motion for leave to file a second amended complaint instanter.

  The proposed second amended complaint deletes the material which was struck from the first amended complaint as a result of the order granting the motion to strike. Plaintiff apparently believed that it was necessary to file another amended complaint in order to conform his complaint to that ruling. At this point, it would be simplest for the court to grant the motion for leave and for defendant to respond to the second amended complaint. Therefore, defendant has no objection to the motion.

Defendant requests fourteen (14) days in which to respond to the second amended complaint after the court enters an order granting plaintiff's motion for leave.

          AMERICALL GROUP, INC., Defendant

          By:  Rawles, O'Byrne, Stanko & Kepley, P.C.
              Its Attorneys

          By:  s/ Glenn A. Stanko
              Glenn A. Stanko (Bar Number: 2703122)
              Attorney for Plaintiff
              Rawles, O'Byrne, Stanko & Kepley, P.C.
              501 West Church Street
              P.O. Box 800
              Champaign, IL   61824-0800
              Telephone:  217-352-7661
              Facsimile:  217-352-2169
              E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

    s/ Glenn A. Stanko
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com