UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II,           ) | |
| )  | |
| Plaintiff,   ) | |
| ) | |
| vs.           ) | No. 05-CV-2049 |
| ) | |
| AMERICALL GROUP, INC.,      ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko & Kepley, P.C., has no objection to plaintiff's motion for leave to file a third amended complaint.

Defendant requests seven (7) days in which to respond to the third amended complaint after it is filed or deemed to be on file.

AMERICALL GROUP, INC., Defendant

By:  Rawles, O'Byrne, Stanko & Kepley, P.C.
       Its Attorneys

By:__s/ Glenn A. Stanko_____
     Glenn A. Stanko (Bar Number: 2703122)
     Attorney for Plaintiff
     Rawles, O'Byrne, Stanko & Kepley, P.C.
     501 West Church Street
     P.O. Box 800
     Champaign, IL   61824-0800
     Telephone:  217-352-7661
     Facsimile:  217-352-2169
     E-mail:  gastanko@rosklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825

      ___s/ Glenn A. Stanko_____
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko & Kepley, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com