UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 05-CV-2049 |
| | ) |
| AMERICALL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C., for its motion for entry of agreed protective order, states as follows:

1. As part of discovery, plaintiff has requested personnel, financial, and/or confidential information from defendant, Americall Group, Inc.

2. Both parties have consented to an agreed protective order relating to documents and information of that nature that may be provided by defendant.

3. A copy of the agreed protective order is attached hereto.

4. The attached agreed protective order contains the electronic signatures of plaintiff and defense counsel approving it as to form.

WHEREFORE, defendant, AMERICALL GROUP, INC., hereby prays that the court enter the attached agreed protective order.

        AMERICALL GROUP, INC., Defendant

        By:  Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
            Its Attorneys

        By:__s/ Glenn A. Stanko_____
           Glenn A. Stanko (Bar Number: 2703122)
           Attorney for Plaintiff
           Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
           501 West Church Street
           P.O. Box 800
           Champaign, IL   61824-0800
           Telephone:  217-352-7661
           Facsimile:  217-352-2169
           E-mail:  gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Burnell Dixon II
P.O. Box 2625, Station A
Champaign, IL  61825-2625
Telephone:  (217) 367-2825
E-mail:  dixonii1@insightbb.com

    s/ Glenn A. Stanko
Glenn A. Stanko (Bar No. 2703122)
Attorney for Plaintiff
Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
501 West Church Street
P.O. Box 800
Champaign, IL   61824-0800
Telephone: (217) 352-7661
Facsimile:  (217) 352-2169
E-mail: gastanko@rosklaw.com