E-FILED
Friday, 12 May, 2006  01:08:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT
FOR THE CENTRAL DISTICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| BURNELL DIXON II ) | | |
| Plaintiff ) | | |
| ) | 05 CV 2049 | |
| vs. ) | | |
| ) | | |
| ) | | |
| AMERICALL GROUP,INC. ) | | |
| Defendant ) | | |

FILED

MAY 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CHANGE OF MAILING AND E-MAIL ADDRESS

NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and files this Change of Mailing and E-mail address and phone number as of May 23, 2006 to:

13627 Sable Lane

Houston, Texas 77014

281-397-9840

e-mail -  dixonii1@gmail.com

Respectfully submitted,

/s/ Burnell Dixon II
Burnell Dixon II, pro se
PO Box 2625, Station A
Champaign, IL 61825
217-367-2825
dixonii1@insightbb.com

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I filed the foregoing with the Clerk of the Court and the Clerk will send notification of such filing by CM/ECF to the following: Glenn Stanko, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: (none).

/s/ Burnell Dixon II

Burnell Dixon II, PRO SE

P. O. Box 2625, Station A

Champaign, IL. 61825-2625

217-367-2825

dixonii1@insightbb.com