E-FILED
Thursday, 08 June, 2006  03:07:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT
FOR THE CENTRAL DISTICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II       )<br>   Plaintiff             )<br>                          )<br>   vs.                   )<br>                          )<br>                          )<br>AMERICALL GROUP,INC.   )<br>   Defendant            ) | 05 CV 2049 |

**MOTION TO EXTEND DISCOVERY**

   NOW COMES THE PLAINTIFF, BURNELL DIXON II, pro se, and files this Motion to Extend Discovery until September 15, 2006  for the following reasons.

1. Plaintiff did not receive an answer to his civil rights complaint until September, 12, 2005,  three months after the Rule  26 (F) conference. This has caused the time for discovery to be correspondingly shortened by three months.

2. In January of 2006, Plaintifff filed  Interrogatories and a Request to Produce to Defendant Americall of which Plaintiff received from Defendant  in mid- April of 2006, which was by the agreement of the parties.

3. Plaintiff has attempted to resolve under the Federal Rule of Civil Procedure Rule 37(a), 2(A.B)and (a)3 what Plaintiff considers incomplete answers to   Plaintiff's Interrogatories and his Request to Produce via an email to counsel for Defendant, Glenn Stanko on May,  10,  2006 and received a reply from Defendant on May 23, 2006.

4. Plaintiff personally packed his possesssions and files to be moved to Houston, Texas on May 18, 2006, and personally moved to Houston, Texas on May 24, 2006.   Plaintiff's possessions did not arrive to Houston until June 2, 2006, which Plaintiff  had to unpack himself.

5. Plaintiff needs to take one or two depositions after clarification of discovery issues with Defendant, and file  a second set of Interroggatories (if granted leave by the court)and a second Request to Produce to Defendant.

6. That Plaintiff does not believe that extending discovery would work a hardship on the parties and that here is a chance that this matter could be setttled before Plaintiff's proposed date for extension of discovery is concluded.

Wherefore, Plaintiff respectfully requests that discovery be extended until September 15, 2006 or at such other similar date that this Honorable court deems prudent.

.

    Respectfully submitted,

/s/ Burnell Dixon II
Burnell Dixon II, pro se
13627 Sable Lane
Houston, TX 77014-2019
281-397-9840
fax- 281-397-9840
dixonii1@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, I filed the foregoing Motion to Extend Discovery with the Clerk of the Court and the Clerk will send notification of such filing by CM/ECF to the following: Glenn Stanko, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ ECF participants: (none).

/s/ Burnell Dixon II

Burnell Dixon II, PRO SE

13627 Sable Lane

Houston,TX 77014-2019

281-397-9840

fax -281-397-9840

dixonii1@gmail.com