E-FILED
Wednesday, 21 June, 2006  10:17:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 05-CV-2049 |
| | ) |
| AMERICALL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Defendant, AMERICALL GROUP, INC., by its attorney, Glenn A. Stanko of Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C., for its response to plaintiff's motion to extend discovery, states that the motion is moot. The parties have reached a settlement of plaintiff's claims. The settlement agreement, which is to be reduced to writing and signed by the parties, has not yet been finalized. Defendant suggests that the court enter an order pursuant to CDIL-LR 16.1(C).

        AMERICALL GROUP, INC., Defendant

        By:  Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
            Its Attorneys

        By:   s/ Glenn A. Stanko
            Glenn A. Stanko (Bar Number: 2703122)
            Attorney for Plaintiff
            Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
            501 West Church Street
            P.O. Box 800
            Champaign, IL   61824-0800
            Telephone:  217-352-7661
            Facsimile:  217-352-2169
            E-mail:  gastanko@rosklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

    Burnell Dixon II
    13627 Sable Lane
    Houston, TX  77014
    Telephone:  (281) 397-9840

                                                                                s/ Glenn A. Stanko
                                             Glenn A. Stanko (Bar No. 2703122)
                                             Attorney for Plaintiff
                                             Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
                                             501 West Church Street
                                             P.O. Box 800
                                             Champaign, IL   61824-0800
                                             Telephone: (217) 352-7661
                                             Facsimile:  (217) 352-2169
                                             E-mail: gastanko@rosklaw.com