E-FILED
Thursday, 22 June, 2006  02:08:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **BURNELL DIXON, II** )  | |
|       **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 05-2049** |
| **AMERICALL GROUP, INC.,** ) | |
| ) | |
|       **Defendant.** ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

Defendant's Response to Plaintiff's Motion to Extend Discovery (#46) contains information that this case is settled.

**IT IS, THEREFORE, ORDERED as follows:**

The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties.  Stipulation of dismissal is due by **July 27, 2006.**  All time tables and scheduled hearings are VACATED until further order.

ENTER this 22nd day of June, 2006.

                                                 s/ DAVID G. BERNTHAL
                                                 U.S. MAGISTRATE JUDGE