UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BURNELL DIXON II, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 05-CV-2049 |
| AMERICALL GROUP, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

The parties hereby stipulate and agree that plaintiff's action herein may be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties represent that plaintiff's claim against defendant has been settled.

Dated this 14th day of July, 2006.


BURNELL DIXON II, Plaintiff                              AMERICALL GROUP, INC., Defendant


BY:   s/ Burnell Dixon II                               BY:   s/ Glenn A. Stanko
    Burnell Dixon II, pro se                          Glenn A. Stanko (Bar No. 2703122)
    13627 Sable Lane                                  Attorney for Defendant
    Houston, TX  77014                                Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
    Telephone: (281) 397-9840                         501 West Church Street
    E-mail: dixonii1@gmail.com                        P.O. Box 800
                                                      Champaign, IL  61824-0800
                                                      Telephone: (217) 352-7661
                                                      Facsimile:  (217) 352-2169
                                                      E-mail: gastanko@rosklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

    Burnell Dixon II
    13627 Sable Lane
    Houston, TX  77014
    Telephone:  (281) 397-9840

                                                                                      ___s/ Glenn A. Stanko_____
                                                                Glenn A. Stanko (Bar No. 2703122)
                                                               Attorney for Plaintiff
                                                              Rawles, O'Byrne, Stanko, Kepley & Jefferson, P.C.
                                                               501 West Church Street
                                                               P.O. Box 800
                                                               Champaign, IL   61824-0800
                                                               Telephone: (217) 352-7661
                                                               Facsimile:  (217) 352-2169
                                                               E-mail: gastanko@rosklaw.com